FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAY -8 AM 10: 11

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR67 |
| | ) | |
| Plaintiff, | ) | **ORDER FOR ISSUANCE OF A** |
| | ) | **SUBPOENA DUCES TECUM** |
| v. | ) | |
| | ) | |
| CHRISTINA VENTA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 8th day of May, 2015, on the Motion of the Defendant for an order allowing the issuance of a Subpoena Duces Tecum (Filing No. 34), pursuant to FED. R. CRIM. P. 17(c).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue a subpoena as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant. Said subpoena shall be served by private process server. Upon production of the documents set forth in the subpoena, counsel for the defendant shall forthwith provide a copy of such records to counsel for the government.

IT IS SO ORDERED.

Date: May 8, 2015

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge